# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Matthew D Dague** | : | Case No. 14–20396–CMB |
| **Kerrie L Dague** | : | Chapter: 13 |
| **aka Kerrie Bischof** | : | |
| *Debtor(s)* | : | |
| | : | |
| PNC Bank N.A. | : | Related to Claim No. 20 |
| *Movant,* | : | |
| | : | |
| v. | : | |
| Matthew D Dague | : | |
| Kerrie L Dague | : | |
| aka Kerrie Bischof | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## ORDER

    **AND NOW**, this **29th day of November, 2016,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *PNC Bank N.A.* at Claim No. 20 in the above–captioned bankruptcy case,

    It is hereby **ORDERED** that *on or before twenty–one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an *AMENDED CHAPTER 13 PLAN;*

(2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self–schedule a hearing on the matter pursuant to the Court's procedures.

    *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 14-20396-CMB
Matthew D Dague                                                                         Chapter 13
Kerrie L Dague
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala              Page 1 of 1              Date Rcvd: Nov 29, 2016
                              Form ID: 237            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2016.
db/jdb         +Matthew D Dague,    Kerrie L Dague,    74 Locust Avenue,    Charleroi, PA 15022-2538
13872706       +PNC Mortgage,    3232 Newmark dr,    Miamisburg OH 45342-5433

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2016                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2016 at the address(es) listed below:
              Alan R. Patterson, III    on behalf of Debtor Matthew D Dague apattersonlaw@gmail.com,
               andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com
              Alan R. Patterson, III    on behalf of Joint Debtor Kerrie L Dague apattersonlaw@gmail.com,
               andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com
              Andrew F Gornall    on behalf of Creditor    PNC Bank N.A., agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 6