IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.14-20396-CMB |
| | ) | |
| Kerrie Dague, | ) | Chapter: 13 |
| Matthew Dague, | ) | |
| | ) | Related to Claim No. 20 |
| Debtors, | ) | |
| | ) | Related to Document No. 48 |
| PNC Bank, National Association | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| Kerrie Dague, | ) | |
| Matthew Dague, | ) | |
| Ronda J. Winnecour, Esq., Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

## DECLARATION

The Debtors' existing Chapter 13 Plan is sufficient to pay Movant's post-petition mortgage payment of $1,061.57 a month commencing with the January 1, 2017 mortgage payment.

Gross & Patterson, LLC

By:/s/ Alan R. Patterson, III
Alan R. Patterson, III
Gross & Patterson, LLC
428 Forbes Avenue, Suite 103
Pittsburgh, PA 15219
(412) 281-2928
PA ID No. 79798
apattersonlaw@gmail.com