IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy Case No. 14-20396-CMB |
| | ) | |
| Kerrie Dague, | ) | Chapter: 13 |
| Matthew Dague, | ) | |
| | ) | Related to Claim No. 20 |
| Debtors, | ) | |
| | ) | Related to Doc. No. 50 |
| PNC Bank, National Association | ) | |
| Movant, | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| Kerrie Dague, Matthew Dague, | ) | |
| Ronda J. Winnecour, Esq., Trustee, | ) | |
| Respondents. | ) | |

### CERTIFICATE OF SERVICE OF DECLARATION

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on December 19, 2016. The type of service made on the parties was first class mail, postage prepaid.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

<u>Service by First Class Mail, Postage Prepaid</u>

Ronda J. Winnecour, Esq., Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219

Vicki Pringle
PNC Mortgage, a division of PNC Bank, NA
3232 Newmark Drive
Miamisburg, OH 45342

EXECUTED ON: December 19, 2016

Gross & Patterson, LLC
By: <u>/s/ Alan R. Patterson, III</u>
Alan R. Patterson, III
Gross & Patterson, LLC
428 Forbes Avenue, Suite 103
Pittsburgh, PA 15219
(412) 281-2928
PA ID No. 79798
apattersonlaw@gmail.com