**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/22/2017

IN RE:

MATTHEW D DAGUE
KERRIE L DAGUE
74 LOCUST AVENUE
CHARLEROI,  PA  15022
XXX-XX-2366          Debtor(s)

XXX-XX-9517

Case No.14-20396 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/22/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **GE CAPITAL RETAIL BANK**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL  33131-1605 | Trustee Claim Number: 1    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  PAYPAL/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  4745 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 2    INT %: 8.40%<br>Court Claim Number: 1<br>CLAIM:  23,064.74<br>COMMENT:  CL1GOVS*FR ALLY FNNCL~DOC 53 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  3694 |
| **PNC MORTGAGE DIV PNC BANK NA**<br>ATTN BANKRUPTCY DEPT<br>3232 NEWMARK DR<br>MIAMISBURG, OH  45342 | Trustee Claim Number: 3    INT %: 0.00%<br>Court Claim Number: 20<br>CLAIM:  0.00<br>COMMENT:  PMT/DECL*DKT4LMT*1107.03/PL | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  1933 |
| **ALESA DAGUE**<br>9 COYLE CURTAIN RD<br>CHARLEROI, PA  15022 | Trustee Claim Number: 4    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  DKT | CRED DESC:  SUPPORT/ALIMONY ARR.<br>ACCOUNT NO.:  ? |
| **AMERICAN HONDA FINANCE CORP***<br>NATIONAL BANKRUPTCY CENTER<br>POB 168088<br>IRVING, TX  75016-8088 | Trustee Claim Number: 5    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1886 |
| **AMERICAN EXPRESS**<br>C/O BECKET & LEE LLP<br>POB 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number: 6    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7513 |
| **AMERICAN EXPRESS CENTURION BNK**<br>C/O BECKET & LEE LLP<br>POB 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number: 7    INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM:  570.31<br>COMMENT:  8992~NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1008 |
| **CERASTES LLC**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124-3978 | Trustee Claim Number: 8    INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM:  2,703.85<br>COMMENT:  JUNIPER/OPHRYS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8903 |
| **CERASTES LLC**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124-3978 | Trustee Claim Number: 9    INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM:  5,156.23<br>COMMENT:  CAPITAL ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2559 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM:  3,179.84<br>COMMENT:  CAPITAL ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7575 |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC  28269 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4568 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC  28269 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6130 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:18<br>CLAIM: 1,907.02<br>COMMENT: CITBANK-BEST BUY*CAPITAL ONE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2550 |
| **CHASE/JPMORGAN CHASE(*)++**<br>POB 17055  *CARDMEMBER SRVCS<br>ATN BKRPTCY TRSTEE PMT PRCSSNG<br>WILMINGTON, DE  19850-7055 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2590 |
| **CHASE/JPMORGAN CHASE(*)++**<br>POB 17055  *CARDMEMBER SRVCS<br>ATN BKRPTCY TRSTEE PMT PRCSSNG<br>WILMINGTON, DE  19850-7055 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8273 |
| **CHASE/JPMORGAN CHASE(*)++**<br>POB 17055  *CARDMEMBER SRVCS<br>ATN BKRPTCY TRSTEE PMT PRCSSNG<br>WILMINGTON, DE  19850-7055 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7540 |
| **CHASE/JPMORGAN CHASE(*)++**<br>POB 17055  *CARDMEMBER SRVCS<br>ATN BKRPTCY TRSTEE PMT PRCSSNG<br>WILMINGTON, DE  19850-7055 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8415 |
| **CHASE AUTO FINANCE(*)**<br>PO BOX 901032<br><br>FT WORTH, TX  76101-2032 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4351 |
| **CHASE AUTO FINANCE(*)**<br>PO BOX 901032<br><br>FT WORTH, TX  76101-2032 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6712 |
| **ALTAIR OH XIII LLC**<br>C/O WEINSTEIN PINSON & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124-3978 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 25,812.80<br>COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9130 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **COMENITY BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$/SCH*NWYRK & CO | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7213 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM:  623.49<br>COMMENT:  VALUE CITY FURNITURE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2939 |
| **CONTINENTAL AUTO RECEIVABLES++**<br>400 METRO PLACE NORTH STE 300<br>DUBLIN, OH  43017 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3972 |
| **DEPARTMENT STORES NATIONAL BANK/MACYS**<br>C/O NCO FINANCIAL SYSTEMS INC<br>PO BOX 4275<br>NORCROSS, GA  30091 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM:  1,287.49<br>COMMENT:  2520/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5525 |
| **GMAC***<br>ATTN TRUSTEE PAYMENT CENTER<br>POB 78367<br>PHOENIX, AZ  85062 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0908 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:14<br>CLAIM:  1,342.67<br>COMMENT:  AMAZON | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8333 |
| **GE CAPITAL RETAIL BANK**<br>ATTN BANKRUPTCY DEPT<br>POB 960061<br>ORLANDO, FL  32896-0661 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$/SCH*HOME DESIGN | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9624 |
| **GEMB/JCPENNEY++**<br>ATTENTION:  BANKRUPTCY<br>PO BOX 103104<br>ROSWELL, GA  30076 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4030 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDIN**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM:  1,820.25<br>COMMENT:  JC PENNEY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7979 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDIN**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM:  2,481.17<br>COMMENT:  LOWES | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0463 |

| Creditor | Trustee Claim # | Court Claim # | Claim | Comment | Cred Desc | Account No. |
|---|---|---|---|---|---|---|
| **GECC/ LOWE'S++**<br>POB 103104<br>ROSWELL, GA 30076 | 31 | | 0.00 | NT ADR~NO$/SCH | UNSECURED CREDITOR | 9680 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | 32 | 13 | 3,427.20 | PAYPAL | UNSECURED CREDITOR | 4745 |
| **GECC/SAMS CLUB++**<br>POB 103104<br>ROSWELL, GA 30076 | 33 | | 0.00 | NT ADR~NO$/SCH | UNSECURED CREDITOR | 5441 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | 34 | 15 | 6,501.61 | SAMS CLUB | UNSECURED CREDITOR | 6895 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | 35 | 8 | 1,115.79 | WALMART | UNSECURED CREDITOR | 3073 |
| **GM FINANCIAL**<br>PO BOX 183853<br>ARLINGTON, TX 76096 | 36 | | 0.00 | NT ADR~NO$/SCH | UNSECURED CREDITOR | 8091 |
| **HSBC BANK++**<br>POB 5253<br>CAROL STREAM, IL 60197 | 37 | | 0.00 | NT ADR~NO$/SCH | UNSECURED CREDITOR | 2296 |
| **HSBC BANK++**<br>POB 5253<br>CAROL STREAM, IL 60197 | 38 | | 0.00 | NO$/SCH | UNSECURED CREDITOR | 7555 |
| **CAPITAL ONE NA***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | 39 | 16 | 2,074.26 | KOHLS | UNSECURED CREDITOR | 8610 |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC 29603-0368 | 40 | | 0.00 | NT ADR~NO$/SCH | UNSECURED CREDITOR | 2426 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **PNC BANK FORMERLY NATIONAL CITY BANK**<br>POB 94982<br>CLEVELAND, OH  44101 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4614 |
| **NELNET LOAN SERVICE**<br>POB 17460<br>DENVER, CO  80217-0460 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0824 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH  44101 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4614 |
| **PNC MORTGAGE**<br>6 N MAIN ST<br>DAYTON, OH  45402 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3043 |
| **SANTANDER CONSUMER USA****<br>PO BOX 961245<br>FT WORTH, TX  76161-1245 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1000 |
| **SEARS/CITI CARD USA*+++**<br>BANKRUPTCY DEPT*<br>POB 182149*<br>COLUMBUS, OH  43218 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5307 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 3,877.95<br>COMMENT: SEARS-CITIBANK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6952 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 141.26<br>COMMENT: FR CITIBANK-DOC 56*THD~CBSD/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2106 |
| **TARGET NATIONAL BANK**<br>C/O WEINSTEIN AND RILEY PS<br>POB 3978<br>SEATTLE, WA  98124-3978 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4163 |
| **S JAMES WALLACE ESQ**<br>845 NORTH LINCOLN AVE<br>PITTSBURGH, PA  15233 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: EQUITABLE GAS/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

CLAIM RECORDS

| | | |
|---|---|---|
| **PNC MORTGAGE DIV PNC BANK NA** | Trustee Claim Number:51  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| ATTN BANKRUPTCY DEPT | Court Claim Number:20 | ACCOUNT NO.:  1933 |
| 3232 NEWMARK DR | | |
| | CLAIM:  299.69 | |
| MIAMISBURG, OH  45342 | COMMENT:  CL20GOVS*NO ARRS/PL | |
| | | |
| **CAPITAL ONE AUTO FINANCE** | Trustee Claim Number:52  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O ASCENSION CAPITAL GROUP | Court Claim Number:19 | ACCOUNT NO.:  0588 |
| PO BOX 201347 | | |
| | CLAIM:  9,606.29 | |
| ARLINGTON, TX  76006 | COMMENT:  NT/SCH*DEFICIENCY | |