IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY NO. 14-20396-GLT |
| | ) | |
| Matthew D. Dague, | ) | CHAPTER NO. 13 |
| Kerrie L. Dague, | ) | |
| | ) | |
| Debtors, | ) | Related to Document No. |
| | ) | |
| PNC Bank, NA, | ) | Related to Claim No. 20 |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Matthew D. Dague, | ) | |
| Kerrie L. Dague, | ) | |
| | ) | |
| Respondents. | ) | |

DECLARATION *NUNC PRO TUNC*

The Debtors' existing Chapter 13 Plan is sufficient to pay Movant's mortgage payment change of $1,013.48 a month starting on January 1, 2018.

Gross & Patterson, LLC

By:/s/ Alan R. Patterson III
Alan R. Patterson III
Gross & Patterson, LLC
707 Grant Street, Suite 2340
Pittsburgh, PA 15219
(412) 281-2928
PA ID No. 79798
apattersonlaw@protonmail.com