**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Matthew D Dague**
**Kerrie L Dague**
**aka Kerrie Bischof**
   Debtor(s)

Bankruptcy Case No.: 14−20396−CMB

Chapter: 13
Docket No.: 76 − 75

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 26th of March, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 5/10/19.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **6/5/19 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **5/10/19.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-20396-CMB
Matthew D Dague                                                         Chapter 13
Kerrie L Dague
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: gamr              Page 1 of 2         Date Rcvd: Mar 26, 2019
                            Form ID: 408            Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2019.
```
db/jdb         +Matthew D Dague,    Kerrie L Dague,    74 Locust Avenue,    Charleroi, PA 15022-2538
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13787930      ++AMERICAN HONDA FINANCE,   P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: Am Honda Fin,     201 Little Falls Dr,    Wilmington, DE  19808)
13844076       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13787931       +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
13787932       +Amex Dsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
13787933       +Barclays Bank Delaware,    125 S West St,   Wilmington, DE 19801-5014
13856068        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13787936       +Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
13787937       +Chase Auto,    600 Community Drive,    Manhasset, NY 11030-3802
13787938       +Citi,   Pob 6241,   Sioux Falls, SD 57117-6241
13841925       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
13787941       +Contl Auto Rec/sst,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
13797099       +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13787942       +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
13787953       +Gm Financial,    Po Box 181145,   Arlington, TX 76096-1145
13787955       +Hsbc Bank,    Po Box 5253,   Carol Stream, IL 60197-5253
13787954       +Hsbc Bank,    Po Box 30253,    Salt Lake City, UT 84130-0253
13799539       +Ms. Alesa Dague,    9 Coyle Curtain Road,    Charleroi, PA 15022-3334
13787958       +National City Bank,    1 Financial Pkwy,    Kalamazoo, MI 49009-8003
13872706       +PNC Mortgage,    3232 Newmark dr,    Miamisburg OH 45342-5433
13787960       +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
13787961       +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
13787962       +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
13787964       +Sears/cbna,   Po Box 6283,    Sioux Falls, SD 57117-6283
13787963       +Sears/cbna,   Po Box 6189,    Sioux Falls, SD 57117-6189
13787965       +Thd/cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
13787966       +Tnb - Target,    Po Box 673,    Minneapolis, MN 55440-0673
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 27 2019 03:07:53
                 Capital One Auto Finance c/o Ascension Capital Gro,    P.O. Box 201347,
                 Arlington, TX 76006-1347
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2019 03:20:04
                 PRA  Receivables Management LLC,    POB 41067,   Norfolk, VA 23541-1067
cr              E-mail/PDF: rmscedi@recoverycorp.com Mar 27 2019 03:07:57
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13827346       +E-mail/Text: bncmail@w-legal.com Mar 27 2019 03:06:47       ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13787929       +E-mail/Text: ally@ebn.phinsolutions.com Mar 27 2019 03:05:37       Ally Financial,
                 200 Renaissance Ctr.,    Detroit, MI 48243-1300
13791313        E-mail/Text: ally@ebn.phinsolutions.com Mar 27 2019 03:05:37
                 Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13830500       +E-mail/Text: bncmail@w-legal.com Mar 27 2019 03:06:47       CERASTES, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13787935       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2019 03:09:22       Cap One,   Pob 30281,
                 Salt Lake City, UT 84130-0281
13787934       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2019 03:07:52       Cap One,
                 Po Box 30253,    Salt Lake City, UT 84130-0253
13872444       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 27 2019 03:08:46
                 Capital One Auto Finance c/o AIS,    Portfolio Services, LP f/k/a AIS Data,
                 Services d/b/a/ Ascension Capital Group,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
13787939       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 27 2019 03:06:04       Comenity Bank/nwyrk&co,
                 220 W Schrock Rd,    Westerville, OH 43081-2873
13787940       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 27 2019 03:06:04       Comenity Bank/valctyfr,
                 Po Box 182789,    Columbus, OH 43218-2789
13787943       +E-mail/Text: ally@ebn.phinsolutions.com Mar 27 2019 03:05:37        G M A C,   Po Box 535160,
                 Pittsburgh, PA 15253-5160
13787944       +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 03:07:47       Gecrb/amazon,   Po Box 965015,
                 Orlando, FL 32896-5015
13787945       +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 03:09:14       Gecrb/home Dsgn Floori,
                 Po Box 981439,    El Paso, TX 79998-1439
13787946       +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 03:08:27       Gecrb/jcp,   Po Box 965007,
                 Orlando, FL 32896-5007
13787947       +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 03:07:48       Gecrb/lowes,   Po Box 965005,
                 Orlando, FL 32896-5005
13787948       +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 03:09:15       Gecrb/paypal Smart Con,
                 Po Box 965005,    Orlando, FL 32896-5005
```

```
District/off: 0315-2          User: gamr              Page 2 of 2              Date Rcvd: Mar 26, 2019
                              Form ID: 408            Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13787949        +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 03:07:47      Gecrb/sams,   Po Box 965005,
                 Orlando, FL 32896-5005
13787950        +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 03:09:16      Gecrb/sams Club,    Po Box 965005,
                 Orlando, FL 32896-5005
13787951        +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 03:08:27      Gecrb/sams Club Dc,
                 Po Box 965005,   Orlando, FL 32896-5005
13787952        +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 03:08:27      Gecrb/walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
13787956        +E-mail/Text: bncnotices@becket-lee.com Mar 27 2019 03:05:45       Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13787957        +E-mail/Text: bkr@cardworks.com Mar 27 2019 03:05:28      Merrick Bank,    Po Box 9201,
                 Old Bethpage, NY 11804-9001
13787959        +E-mail/Text: electronicbkydocs@nelnet.net Mar 27 2019 03:06:39       Nelnet Lns,    Po Box 1649,
                 Denver, CO 80201-1649
14657530         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2019 03:20:04
                 Portfolio Recovery Associates, LLC,    PO BOX 41067,   Norfolk, VA 23541
13851833         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2019 03:09:27
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13830760         E-mail/Text: bnc-quantum@quantum3group.com Mar 27 2019 03:06:10
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA  98083-0788
13808408         E-mail/Text: bnc-quantum@quantum3group.com Mar 27 2019 03:06:10
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,    Kirkland, WA  98083-0788
13791264         E-mail/PDF: rmscedi@recoverycorp.com Mar 27 2019 03:07:57
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 30

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             PNC Bank N.A.,
cr*            Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
14669746*      Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
                                                                                              TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2019 at the address(es) listed below:
```
              Alan R. Patterson, III    on behalf of Debtor Matthew D Dague apattersonlaw@protonmail.com,
               andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com
              Alan R. Patterson, III    on behalf of Joint Debtor Kerrie L Dague apattersonlaw@protonmail.com,
               andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com
              Andrew F Gornall    on behalf of Creditor    PNC Bank N.A., andygornall@latouflawfirm.com
              James  Warmbrodt     on behalf of Creditor    PNC Bank N.A., bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 7
```