**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MATTHEW D DAGUE<br>KERRIE L DAGUE<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:14-20396<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 25, 2019

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/31/2014 and confirmed on 3/31/14 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 136,762.30 |
| Less Refunds to Debtor | 1,663.25 | |
| TOTAL AMOUNT OF PLAN FUND | | 135,099.05 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,538.00 | |
|    Trustee Fee | 5,582.99 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,120.99 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC MORTGAGE DIV PNC BANK NA | 0.00 | 65,409.48 | 0.00 | 65,409.48 |
|     Acct: 1933 | | | | |
|   PNC MORTGAGE DIV PNC BANK NA | 299.69 | 299.69 | 0.00 | 299.69 |
|     Acct: 1933 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 23,064.74 | 23,064.74 | 6,280.63 | 29,345.37 |
|     Acct: 3694 | | | | |
| | | | | 95,054.54 |
| **Priority** | | | | |
|   ALAN R PATTERSON ESQ III | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MATTHEW D DAGUE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MATTHEW D DAGUE | 1,663.25 | 1,663.25 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GROSS & PATTERSON LLC | 2,538.00 | 2,538.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALESA DAGUE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
| | | * * * N O N E * * * | | |
| **Unsecured** | | | | |
|   AMERICAN HONDA FINANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1886 | | | | |
|   AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7513 | | | | |
|   AMERICAN EXPRESS CENTURION BNK | 570.31 | 247.27 | 0.00 | 247.27 |
|     Acct: 1008 | | | | |
|   CERASTES LLC | 2,703.85 | 1,172.31 | 0.00 | 1,172.31 |
|     Acct: 8903 | | | | |
|   CERASTES LLC | 5,156.23 | 2,235.59 | 0.00 | 2,235.59 |
|     Acct: 2559 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 3,179.84 | 1,378.69 | 0.00 | 1,378.69 |
|     Acct: 7575 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 4568 | | | | |
|     CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6130 | | | | |
|     PRA/PORTFOLIO RECOVERY ASSOC | 1,907.02 | 826.83 | 0.00 | 826.83 |
|     Acct: 2550 | | | | |
|     CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2590 | | | | |
|     CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8273 | | | | |
|     CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7540 | | | | |
|     CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8415 | | | | |
|     CHASE AUTO FINANCE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4351 | | | | |
|     CHASE AUTO FINANCE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6712 | | | | |
|     ALTAIR OH XIII LLC | 25,812.80 | 11,191.66 | 0.00 | 11,191.66 |
|     Acct: 9130 | | | | |
|     COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7213 | | | | |
|     QUANTUM3 GROUP LLC AGNT - COMENI | 623.49 | 270.32 | 0.00 | 270.32 |
|     Acct: 2939 | | | | |
|     CONTINENTAL AUTO RECEIVABLES++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3972 | | | | |
|     DEPARTMENT STORES NATIONAL BANK | 1,287.49 | 558.21 | 0.00 | 558.21 |
|     Acct: 5525 | | | | |
|     GMAC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0908 | | | | |
|     PRA/PORTFOLIO RECOVERY ASSOC | 1,342.67 | 582.14 | 0.00 | 582.14 |
|     Acct: 8333 | | | | |
|     GE CAPITAL RETAIL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9624 | | | | |
|     GEMB/JCPENNEY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4030 | | | | |
|     QUANTUM3 GROUP LLC AGNT - MOMA F | 1,820.25 | 789.20 | 0.00 | 789.20 |
|     Acct: 7979 | | | | |
|     QUANTUM3 GROUP LLC AGNT - MOMA F | 2,481.17 | 1,075.76 | 0.00 | 1,075.76 |
|     Acct: 0463 | | | | |
|     GECC/ LOWE'S++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9680 | | | | |
|     PRA/PORTFOLIO RECOVERY ASSOC | 3,427.20 | 1,485.93 | 0.00 | 1,485.93 |
|     Acct: 4745 | | | | |
|     GECC/SAMS CLUB++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5441 | | | | |
|     PRA/PORTFOLIO RECOVERY ASSOC | 6,501.61 | 2,818.90 | 0.00 | 2,818.90 |
|     Acct: 6895 | | | | |
|     QUANTUM3 GROUP LLC AGNT - MOMA F | 1,115.79 | 483.77 | 0.00 | 483.77 |
|     Acct: 3073 | | | | |
|     GM FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8091 | | | | |
|     HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2296 | | | | |
|     HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7555 | | | | |
|     CAPITAL ONE NA** | 2,074.26 | 899.34 | 0.00 | 899.34 |
|     Acct: 8610 | | | | |
|     MERRICK BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2426 | | | | |
|     PNC BANK FORMERLY NATIONAL CITY E | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 4614 | | | | |
| NELNET LOAN SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0824 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4614 | | | | |
| PNC MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3043 | | | | |
| SANTANDER CONSUMER USA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1000 | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5307 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA F | 3,877.95 | 1,681.36 | 0.00 | 1,681.36 |
| Acct: 6952 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA F | 141.26 | 61.24 | 0.00 | 61.24 |
| Acct: 2106 | | | | |
| TARGET NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4163 | | | | |
| CAPITAL ONE AUTO FINANCE** | 9,606.29 | 4,165.00 | 0.00 | 4,165.00 |
| Acct: 0588 | | | | |
| GE CAPITAL RETAIL BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4745 | | | | |
| S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 31,923.52 |

TOTAL PAID TO CREDITORS                                                                                                126,978.06

| TOTAL | |
|---|---:|
| CLAIMED | 0.00 |
| PRIORITY | 23,364.43 |
| SECURED | 73,629.48 |

Date: 03/25/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    MATTHEW D DAGUE<br>    KERRIE L DAGUE<br>        Debtor(s)<br><br>    Ronda J. Winnecour<br>        Movant<br>        vs.<br>    No Repondents. | Case No.:14-20396<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                               BY THE COURT:

                                                                _____
                                                                U.S. BANKRUPTCY JUDGE

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                               Case No. 14-20396-CMB
Matthew D Dague                                                      Chapter 13
Kerrie L Dague
          Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-2            User: gamr                  Page 1 of 2                  Date Rcvd: Mar 26, 2019
                                Form ID: pdf900             Total Noticed: 58


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2019.
db/jdb         +Matthew D Dague,    Kerrie L Dague,    74 Locust Avenue,    Charleroi, PA 15022-2538
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13787930      ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: Am Honda Fin,     201 Little Falls Dr,    Wilmington, DE   19808)
13844076        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13787931       +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
13787932       +Amex Dsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13787933       +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
13856068        Capital One, N.A.,   c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13787936       +Chase,   P.o. Box 15298,    Wilmington, DE 19850-5298
13787937       +Chase Auto,    600 Community Drive,    Manhasset, NY 11030-3802
13787938       +Citi,   Pob 6241,   Sioux Falls, SD 57117-6241
13841925       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
13787941       +Contl Auto Rec/sst,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
13797099       +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13787942       +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
13787953       +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
13787955       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13787954       +Hsbc Bank,    Po Box 30253,    Salt Lake City, UT 84130-0253
13799539       +Ms. Alesa Dague,    9 Coyle Curtain Road,    Charleroi, PA 15022-3334
13787958       +National City Bank,    1 Financial Pkwy,    Kalamazoo, MI 49009-8003
13872706       +PNC Mortgage,    3232 Newmark dr,    Miamisburg OH 45342-5433
13787960       +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
13787961       +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
13787962       +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
13787964       +Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
13787963       +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
13787965       +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13787966       +Tnb - Target,    Po Box 673,    Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 27 2019 03:09:22
                 Capital One Auto Finance c/o Ascension Capital Gro,    P.O. Box 201347,
                 Arlington, TX 76006-1347
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2019 03:20:50
                 PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr              E-mail/PDF: rmscedi@recoverycorp.com Mar 27 2019 03:08:40
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL  33131-1605
13827346       +E-mail/Text: bncmail@w-legal.com Mar 27 2019 03:06:47     ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13787929       +E-mail/Text: ally@ebn.phinsolutions.com Mar 27 2019 03:05:36     Ally Financial,
                 200 Renaissance Ctr.,    Detroit, MI 48243-1300
13791313        E-mail/Text: ally@ebn.phinsolutions.com Mar 27 2019 03:05:36
                 Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,   Roseville, MN 55113-0004
13830500       +E-mail/Text: bncmail@w-legal.com Mar 27 2019 03:06:47     CERASTES, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13787935       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2019 03:08:34     Cap One,    Pob 30281,
                 Salt Lake City, UT 84130-0281
13787934       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2019 03:08:36     Cap One,
                 Po Box 30253,    Salt Lake City, UT 84130-0253
13872444       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 27 2019 03:08:00
                 Capital One Auto Finance c/o AIS,    Portfolio Services, LP f/k/a AIS Data,
                 Services d/b/a/ Ascension Capital Group,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
13787939       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 27 2019 03:06:04     Comenity Bank/nwyrk&co,
                 220 W Schrock Rd,    Westerville, OH 43081-2873
13787940       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 27 2019 03:06:04     Comenity Bank/valctyfr,
                 Po Box 182789,    Columbus, OH 43218-2789
13787943       +E-mail/Text: ally@ebn.phinsolutions.com Mar 27 2019 03:05:36     G M A C,    Po Box 535160,
                 Pittsburgh, PA 15253-5160
13787944       +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 03:08:26     Gecrb/amazon,    Po Box 965015,
                 Orlando, FL 32896-5015
13787945       +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 03:07:46     Gecrb/home Dsgn Floori,
                 Po Box 981439,    El Paso, TX 79998-1439
13787946       +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 03:08:28     Gecrb/jcp,    Po Box 965007,
                 Orlando, FL 32896-5007
13787947       +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 03:08:26     Gecrb/lowes,    Po Box 965005,
                 Orlando, FL 32896-5005
13787948       +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 03:07:46     Gecrb/paypal Smart Con,
                 Po Box 965005,    Orlando, FL 32896-5005
```

```
District/off: 0315-2           User: gamr                  Page 2 of 2                   Date Rcvd: Mar 26, 2019
                               Form ID: pdf900             Total Noticed: 58

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13787949       +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 03:09:14      Gecrb/sams,    Po Box 965005,
                 Orlando, FL 32896-5005
13787950       +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 03:08:26      Gecrb/sams Club,    Po Box 965005,
                 Orlando, FL 32896-5005
13787951       +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 03:08:26      Gecrb/sams Club Dc,
                 Po Box 965005,   Orlando, FL 32896-5005
13787952       +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 03:07:47      Gecrb/walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
13787956       +E-mail/Text: bncnotices@becket-lee.com Mar 27 2019 03:05:45       Kohls/capone,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
13787957       +E-mail/Text: bkr@cardworks.com Mar 27 2019 03:05:28      Merrick Bank,    Po Box 9201,
                 Old Bethpage, NY 11804-9001
13787959       +E-mail/Text: electronicbkydocs@nelnet.net Mar 27 2019 03:06:39       Nelnet Lns,    Po Box 1649,
                 Denver, CO 80201-1649
14657530        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2019 03:08:37
                 Portfolio Recovery Associates, LLC,    PO BOX 41067,   Norfolk, VA 23541
13851833        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2019 03:08:41
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13830760        E-mail/Text: bnc-quantum@quantum3group.com Mar 27 2019 03:06:10
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA  98083-0788
13808408        E-mail/Text: bnc-quantum@quantum3group.com Mar 27 2019 03:06:10
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,    Kirkland, WA  98083-0788
13791264        E-mail/PDF: rmscedi@recoverycorp.com Mar 27 2019 03:07:58
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 30

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             PNC Bank N.A.,
cr*            Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,    Kirkland, WA  98083-0788
14669746*      Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,    Kirkland, WA 98083-0788
                                                                                              TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2019 at the address(es) listed below:
          Alan R. Patterson, III    on behalf of Debtor Matthew D Dague apattersonlaw@protonmail.com,
           andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com
          Alan R. Patterson, III    on behalf of Joint Debtor Kerrie L Dague apattersonlaw@protonmail.com,
           andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com
          Andrew F Gornall    on behalf of Creditor   PNC Bank N.A. andygornall@latouflawfirm.com
          James  Warmbrodt    on behalf of Creditor   PNC Bank N.A. bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 7
```