**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>   MATTHEW D DAGUE<br>   KERRIE L DAGUE<br>       Debtor(s)<br><br>   Ronda J. Winnecour<br>       Movant<br>       vs.<br>   No Repondents. | Case No.:14-20396<br><br>Chapter 13<br><br>Related to: Document No. 75<br><br>**ENTERED BY DEFAULT** |

ORDER OF COURT

AND NOW, this ___13th___ day of ___May___, 20_19_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
5/13/19 8:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_  glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-20396-CMB
Matthew D Dague                                                           Chapter 13
Kerrie L Dague
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 2              Date Rcvd: May 13, 2019
                              Form ID: pdf900         Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2019.
```
db/jdb         +Matthew D Dague,    Kerrie L Dague,    74 Locust Avenue,    Charleroi, PA 15022-2538
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13787930      ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
               (address filed with court: Am Honda Fin,    201 Little Falls Dr,    Wilmington, DE  19808)
13844076       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13787931       +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
13787932       +Amex Dsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13787933       +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
13856068        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13787936       +Chase,   P.o. Box 15298,    Wilmington, DE 19850-5298
13787937       +Chase Auto,    600 Community Drive,    Manhasset, NY 11030-3802
13787938       +Citi,   Pob 6241,    Sioux Falls, SD 57117-6241
13841925       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
13787941       +Contl Auto Rec/sst,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
13797099       +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13787942       +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
13787953       +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
13787955       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13787954       +Hsbc Bank,    Po Box 30253,    Salt Lake City, UT 84130-0253
13799539       +Ms. Alesa Dague,    9 Coyle Curtain Road,    Charleroi, PA 15022-3334
13787958       +National City Bank,    1 Financial Pkwy,    Kalamazoo, MI 49009-8003
13872706       +PNC Mortgage,    3232 Newmark dr,    Miamisburg OH 45342-5433
13787960       +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
13787961       +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
13787962       +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
13787964       +Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
13787963       +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
13787965       +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13787966       +Tnb - Target,    Po Box 673,    Minneapolis, MN 55440-0673
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 14 2019 02:42:49
                 Capital One Auto Finance c/o Ascension Capital Gro,   P.O. Box 201347,
                 Arlington, TX 76006-1347
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 14 2019 02:42:15
                 PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr              E-mail/PDF: rmscedi@recoverycorp.com May 14 2019 02:42:52
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13827346       +E-mail/Text: bncmail@w-legal.com May 14 2019 02:41:12      ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13787929       +E-mail/Text: ally@ebn.phinsolutions.com May 14 2019 02:40:32      Ally Financial,
                 200 Renaissance Ctr.,    Detroit, MI 48243-1300
13791313        E-mail/Text: ally@ebn.phinsolutions.com May 14 2019 02:40:32
                 Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13830500       +E-mail/Text: bncmail@w-legal.com May 14 2019 02:41:12      CERASTES, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13787935       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 14 2019 02:43:22      Cap One,    Pob 30281,
                 Salt Lake City, UT 84130-0281
13787934       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 14 2019 02:43:22      Cap One,
                 Po Box 30253,    Salt Lake City, UT 84130-0253
13872444       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 14 2019 02:42:54
                 Capital One Auto Finance c/o AIS,    Portfolio Services, LP f/k/a AIS Data,
                 Services d/b/a/ Ascension Capital Group,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
13787939       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 14 2019 02:40:45      Comenity Bank/nwyrk&co,
                 220 W Schrock Rd,    Westerville, OH 43081-2873
13787940       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 14 2019 02:40:45      Comenity Bank/valctyfr,
                 Po Box 182789,    Columbus, OH 43218-2789
13787943       +E-mail/Text: ally@ebn.phinsolutions.com May 14 2019 02:40:32      G M A C,    Po Box 535160,
                 Pittsburgh, PA 15253-5160
13787944       +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 02:42:46      Gecrb/amazon,    Po Box 965015,
                 Orlando, FL 32896-5015
13787945       +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 02:42:47      Gecrb/home Dsgn Floori,
                 Po Box 981439,    El Paso, TX 79998-1439
13787946       +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 02:42:46      Gecrb/jcp,    Po Box 965007,
                 Orlando, FL 32896-5007
13787947       +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 02:42:10      Gecrb/lowes,    Po Box 965005,
                 Orlando, FL 32896-5005
13787948       +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 02:42:10      Gecrb/paypal Smart Con,
                 Po Box 965005,    Orlando, FL 32896-5005
```

```
District/off: 0315-2          User: culy               Page 2 of 2                Date Rcvd: May 13, 2019
                              Form ID: pdf900         Total Noticed: 58

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13787949      +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 02:42:46       Gecrb/sams,    Po Box 965005,
               Orlando, FL 32896-5005
13787950      +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 02:43:20       Gecrb/sams Club,    Po Box 965005,
               Orlando, FL 32896-5005
13787951      +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 02:42:10       Gecrb/sams Club Dc,
               Po Box 965005,    Orlando, FL 32896-5005
13787952      +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 02:42:10       Gecrb/walmart,    Po Box 965024,
               Orlando, FL 32896-5024
13787956      +E-mail/Text: bncnotices@becket-lee.com May 14 2019 02:40:37       Kohls/capone,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13787957      +E-mail/Text: bkr@cardworks.com May 14 2019 02:40:25       Merrick Bank,    Po Box 9201,
               Old Bethpage, NY 11804-9001
13787959      +E-mail/Text: electronicbkydocs@nelnet.net May 14 2019 02:41:10       Nelnet Lns,    Po Box 1649,
               Denver, CO 80201-1649
14657530       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 14 2019 02:42:51
               Portfolio Recovery Associates, LLC,    PO BOX 41067,    Norfolk, VA 23541
13851833       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 14 2019 02:43:25
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13830760       E-mail/Text: bnc-quantum@quantum3group.com May 14 2019 02:40:49
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13808408       E-mail/Text: bnc-quantum@quantum3group.com May 14 2019 02:40:49
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13791264       E-mail/PDF: rmscedi@recoverycorp.com May 14 2019 02:42:52
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 30

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             PNC Bank N.A.,
cr*            Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
14669746*      Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                    TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2019 at the address(es) listed below:
         Alan R. Patterson, III   on behalf of Debtor Matthew D Dague apattersonlaw@protonmail.com,
          andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com
         Alan R. Patterson, III   on behalf of Joint Debtor Kerrie L Dague apattersonlaw@protonmail.com,
          andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com
         Andrew F Gornall   on behalf of Creditor    PNC Bank N.A., andygornall@latouflawfirm.com
         James  Warmbrodt    on behalf of Creditor    PNC Bank N.A., bkgroup@kmllawgroup.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace   on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 7
```